# EXHIBIT 2

# Declaration of Joseph J. Patrick

**DECLARATION UNDER PENALTY OF PERJURY OF**
**JOSEPH J. PATRICK PURSUANT TO 28 U.S.C § 1746**

I, Joseph J. Patrick, hereby declare as follows:

1.      I am employed with the United States Commodity Futures Trading Commission ("CFTC") as a Senior Investigator in the Division of Enforcement ("Division").

2.      My primary responsibilities include conducting investigations to determine whether there have been violations of the Commodity Exchange Act and Commission Regulations. In connection with these responsibilities, I analyze bank records, documents related to trading, account opening documents, and customer records for commodity futures, commodity options, swaps, and off-exchange foreign currency ("forex") accounts; trace the flow of funds through bank, commodity futures, commodity options, and forex trading accounts; review corporate formation documents filed with various state and federal agencies; and review applicable registration information for entities and individuals in the U.S. futures industry, among other activities.

3.      From June 1996 to July 2010, I held various regulatory compliance positions at National Futures Association ("NFA"), the independent self-regulatory organization for the U.S. futures industry. In these positions, I was responsible for conducting examinations and investigations of commodities, futures, options and forex trading firms, including performing analyses of trading activity, cash flows, and sales practices and initiating formal disciplinary actions when violations of NFA rules were detected.

4.      I received a Bachelor of Science degree in Accounting in 1996 from University of Illinois at Chicago and hold a certification as a Certified Fraud Examiner (CFE).

5.      In January 2019, I was assigned to an investigation concerning Adam Colin Todd ("Todd") and a web of entities he owned or ran, including Digitex LLC, Digitex Limited, Digitex Software Limited, and Blockster Holdings Limited Corporation (D/B/A Digitex Futures) ("Digitex Futures").  The investigation focused on Todd's operation of a potential futures exchange that was soliciting U.S. customers.  Among other things, I was assigned to review and summarize evidence of potential unlawful gains of the Digitex Futures Exchange from July 31, 2020 to September 30, 2022 ("Relevant Period").

6.      I have personal knowledge of the facts set forth herein based on my participation in the Division's investigation of Todd and Digitex Futures which resulted in the September 30, 2022 civil enforcement action *U.S. Commodity Futures Trading Commission v. Adam Todd, Digitex LLC, Digitex Limited, Digitex Software Limited, and Blockster Holdings Limited Corporation, 1:22-cv023174-RKA, S.D. FL*, including my review of documents obtained by the Division during its investigation, my participation in witness interviews and sworn testimony, and my review of the results of online research.

## A.      Records Reviewed

7.      During the course of the investigation, I reviewed the following documents and records:

(a)      Records maintained by National Futures Association ("NFA") - which is responsible for handling the registration of certain U.S. futures industry participants under the under the Commodity Exchange Act - regarding the lack of registration status of Todd and a company operated by Todd called Digitex Futures;

(b)      Florida Department of State, Division of Corporations Licensing records of the corporate registration for the  entities;

(c)      Miami-Dade County Court, Civil Division, documents from August 3, 2022 concerning Todd's eviction from a residence in Miami Beach, Florida.

(d)      Applications, corporate formation documents, account activity statements, canceled checks, wire records and other documents produced to the Division by Bank of America and Interaudi Bank for bank accounts controlled by, or maintained in the name of Todd or Digitex Futures;

(e)      Applications, corporate formation documents, account activity statements, and other documents produced to the Division by Coinbase, Inc. for Todd or Digitex Futures;

(f)      Applications, corporate formation documents, account activity statements, and other documents produced to the Division by Gemini Trust for Todd or Digitex Futures;

(g)      Applications, corporation formation documents, and other documents provided by the Australian Securities and Investments Commission;

(h)      Applications, corporation formation documents, and other documents provided by the Central Bank of Ireland;

(i)      Applications, corporation formation documents, and other documents provided by the Cyprus Securities and Exchange Commission;

(j)      Applications, corporation formation documents, and other documents provided by the Gibraltar Financial Services Commission;

(k)      Applications, corporation formation documents, and other documents provided by the Seychelles Financial Services Authority;

(l)       Applications, corporation formation documents, and other documents provided by St. Vincent & the Grenadines Financial Services Authority;

(m)      Emails, text messages, video recordings, and other documents produced to the Division by former contractors of Digitex Futures;

(n)      Bank records, emails, instant messages and other documents produced by Customer A; and

(o)      Written summaries of interviews with customers and former contractors of Digitex Futures.

8.      During the Investigation, I participated in telephone or videoconference interviews of several former contractors, former employees, former investors, and holders of DGTX, including but not limited to an individual hereinafter identified as Customer A.

9.      I attended sworn testimony of Customer A on March 24, 2022.

**B.    Background of Individuals and Entities Involved**

10.     From my review of NFA registration records, bank account opening records, and records from the State of Florida Department of State Division of Corporations Licensing, I determined the following:

*Adam Todd*

11.     Todd is 49 years old and resided for much of the Relevant Period in Miami Beach, Florida.   Todd has never been registered with the CFTC in any capacity. (*See* Exhibit 1.)

*Digitex Futures*

12.     Based on my review of online records maintained by the Florida Department of State Division of Corporations and records produced by the Australian Securities and Investments Commission, Central Bank of Ireland, Cyprus Securities and Exchange

Commission, Gibraltar Financial Services Commission, Seychelles Financial Services Authority, and St. Vincent & the Grenadines Financial Services Authority,

 (a) Digitex Limited was registered in the Republic of Seychelles on December 11, 2017;

 (b) Digitex Software Limited was registered in Ireland on March 8, 2018, and operated in Dublin with a small staff of software developers for several months;

 (c) since at least January 27, 2021, Todd has co-owned Blockster Holdings Limited, a Gibraltar entity; and

 (d) on April 27, 2021, Todd and Blockster Holdings Limited applied to form Digitex LLC in St. Vincent & the Grenadines.

13. None of Digitex Limited, Digitex Software Limited, Digitex LLC, or Blockster Holdings Limited have been registered with the CFTC in any capacity. (*See* Exhibit 2.)

**C. Digitex Futures Gains**

14. Todd represented to Customer A, who was a resident of Illinois, that 1,500 customers deposited at least $1.5 million worth of DGTX into the Digitex Futures Exchange in the seven days prior to August 4, 2020. (*See* Exhibit 3.)

15. Todd sent an email to Customer A, who was a resident of Illinois, that stated during the first two months after the Digitex Futures Exchange's "public launch" on July 31, 2020, at least 13,920 customers deposited $2,412,220 worth of DGTX into accounts at the Exchange. (*See* Exhibit 4.)

16.     Taken together, Todd's representations about customer deposits totaled $3,912,220 in gains he and Digitex Futures would not have otherwise received without operating an unregistered futures exchange.

17.     The Commission sent two investigative subpoenas to Todd and Digitex Futures for trading data and financial information prior to filing a complaint, but neither Todd nor Digitex Futures responded.  Todd and Digitex Futures have not appeared in this matter to engage in discovery for such financial and trading information.  Therefore, the Commission has not been able to independently verify the transfer or dollar market value of these assets and accepts Todd's representations as evidence of Digitex Futures' and Todd's gains.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


_____
Joseph J. Patrick

Executed on this _12th_ day of _June_____, 2023, in Chicago, Illinois.

**EXHIBIT 1**



# Online Registration System

NFA Home | BASIC | Log off user cftcjjp

Return to Dashboard

**Report Center**

**Search for an NFA ID** | View Registration Information

**ORS News** | **Help**

**Search**
- For an Individual
- For a Firm, Holding Company or Sole Proprietor
- By Social Security Number

**Disciplinary Information**
- Disclosure Information
- List of Disciplinary Information
- Disclosure Questions
- Holds

**Firm Profile**
- Branch Office Manager List
- Employee List (by office)
- Guarantee Agreement Information
- Exempt Foreign Firm Information

**Internal Processing**
- View Registration Information
- Registration Changes
- Outstanding Requirements
- Application Withdrawal Date
- TL's Due to Withdraw
- TL's Due to Convert
- Alerts
- Firm Rule Waivers
- Pending Withdrawals
- NFA FACTS 2000
- Other Personal/Business Information

**Registration and Membership**
- Current Registration Status
- Registration History

**Hardcopies**
- Filing History

# Status History

NFA ID [ 0551983 ]     ADAM TODD
[ Enter ]

**No information available.**

[Paperwork Reduction Act Notice and Privacy Act Notice](#)    |    [Disclaimer and Privacy Policy](#)

© 2002-2023 National Futures Association

**EXHIBIT 2**



# Online Registration System

NFA Home  |  BASIC  |  Log off user cftcjjp

Return to Dashboard

**Report Center**

**Search for an NFA ID**  |  View Registration Information

**ORS News**  |  **Help**

**Search**
- For an Individual
- For a Firm, Holding Company or Sole Proprietor
- By Social Security Number

**Disciplinary Information**
- Disclosure Information
- List of Disciplinary Information Disclosure Questions
- Holds

**Firm Profile**
- Branch Office Manager List
- Employee List (by office)
- Guarantee Agreement Information
- Exempt Foreign Firm Information

**Internal Processing**
- View Registration Information
- Registration Changes
- Outstanding Requirements
- Application Withdrawal Date
- TL's Due to Withdraw
- TL's Due to Convert
- Alerts
- Firm Rule Waivers
- Pending Withdrawals
- NFA FACTS 2000
- Other Personal/Business Information

**Registration and Membership**
- Current Registration Status
- Registration History

**Hardcopies**
- Filing History

# Status History

NFA ID  0551985              DIGITEX LIMITED

Enter

**No information available.**



# Online Registration System

NFA Home | BASIC | Log off user cftcjjp

Return to Dashboard

**Report Center**

**Search for an NFA ID** | View Registration Information

**ORS News** | **Help**

**Search**
- For an Individual
- For a Firm, Holding Company or Sole Proprietor
- By Social Security Number

**Disciplinary Information**
- Disclosure Information
- List of Disciplinary Information
- Disclosure Questions
- Holds

**Firm Profile**
- Branch Office Manager List
- Employee List (by office)
- Guarantee Agreement Information
- Exempt Foreign Firm Information

**Internal Processing**
- View Registration Information
- Registration Changes
- Outstanding Requirements
- Application Withdrawal Date
- TL's Due to Withdraw
- TL's Due to Convert
- Alerts
- Firm Rule Waivers
- Pending Withdrawals
- NFA FACTS 2000
- Other Personal/Business Information

**Registration and Membership**
- Current Registration Status
- Registration History

**Hardcopies**
- Filing History

# Status History

NFA ID         DIGITEX SOFTWARE LIMITED

**No information available.**



# Online Registration System

NFA Home   |   BASIC   |   Log off user cftcjjp

Return to Dashboard

**Report Center**

**Search for an NFA ID** | View Registration Information

**ORS News** | **Help**

# Status History

**Search**
- For an Individual
- For a Firm, Holding Company or Sole Proprietor
- By Social Security Number

**Disciplinary Information**
- Disclosure Information
- List of Disciplinary Information Disclosure Questions
- Holds

**Firm Profile**
- Branch Office Manager List
- Employee List (by office)
- Guarantee Agreement Information
- Exempt Foreign Firm Information

**Internal Processing**
- View Registration Information
- Registration Changes
- Outstanding Requirements
- Application Withdrawal Date
- TL's Due to Withdraw
- TL's Due to Convert
- Alerts
- Firm Rule Waivers
- Pending Withdrawals
- NFA FACTS 2000
- Other Personal/Business Information

**Registration and Membership**
- Current Registration Status
- Registration History

**Hardcopies**
- Filing History

NFA ID  [0551984]                    DIGITEX LLC
        [ Enter ]

**No information available.**



# Online Registration System

Return to Dashboard

**Report Center**

**Search for an NFA ID** | View Registration Information

**ORS News** | **Help**

**Search**
- For an Individual
- For a Firm, Holding Company or Sole Proprietor
- By Social Security Number

**Disciplinary Information**
- Disclosure Information
- List of Disciplinary Information Disclosure Questions
- Holds

**Firm Profile**
- Branch Office Manager List
- Employee List (by office)
- Guarantee Agreement Information
- Exempt Foreign Firm Information

**Internal Processing**
- View Registration Information
- Registration Changes
- Outstanding Requirements
- Application Withdrawal Date
- TL's Due to Withdraw
- TL's Due to Convert
- Alerts
- Firm Rule Waivers
- Pending Withdrawals
- NFA FACTS 2000
- Other Personal/Business Information

**Registration and Membership**
- Current Registration Status
- Registration History

**Hardcopies**
- Filing History

# Status History



NFA ID    [0551987]
          [Enter]

BLOCKSTER HOLDINGS LIMITED CORPORATION

**No information available.**

**EXHIBIT 3**

[8/4/20, 3:28:48 PM] Adam Todd: I canâ€™t even get that getting User Forbidden error

[8/4/20, 3:29:41 PM] Adam Todd: Iâ€™ve never tried to withdraw from kucoin yet have only deposited, have written to support hopefully gets fixed soon

[8/4/20, 3:31:20 PM] Adam Todd: Thatâ€™s where all my crypto goes I got 11.5 million DGTX in my kucoin account ðŸ˜

[8/4/20, 3:35:39 PM] ▮▮▮▮▮▮▮ Noice

â€Ž[8/4/20, 5:38:53 PM] Adam Todd: â€Žimage omitted

[8/4/20, 5:41:28 PM] Adam Todd: My buying is more relentless pressure that isnâ€™t noticed as much because I do it through my market making bot that is always buying more than itâ€™s selling. It has the same upward pressure on the price but Iâ€™m also keeping the volume up and keeping the spread tight

[8/4/20, 5:42:30 PM] Adam Todd: But I know whatâ€™s coming and I canâ€™t think of a better thing to spend money on than buying dgtx tokens ðŸ˜

[8/4/20, 5:43:47 PM] Adam Todd: I really want to hit $1 before end of year and if we can this otc sales team cranking thatâ€™s whatâ€™s going to do it. Constant big buy orders that I feed to my market making bot thatâ€™s always pushing upwards

[8/4/20, 5:45:59 PM] Adam Todd: I figured out exactly how to get to $1 itâ€™s just a process from this point on, itâ€™s all down to how effectively I can get those buy orders coming in. And the buy orders coming from the exchange are important too, last 7 days 1500 users have deposited $1.5m worth of DGTX into the exchange and weâ€™re only just getting started

[8/4/20, 5:46:32 PM] Adam Todd: Average of just under $1000 deposit each

[8/4/20, 5:46:55 PM] Adam Todd: This is our year dude

[8/4/20, 5:49:37 PM] Adam Todd: BXR buyers will also be incentivized to pay for their BXR tokens with DGTX which will also funnel millions of dollars of buy orders into the DGTX spot markets towards the end of the year just as weâ€™ve got momentum, itâ€™s gonna blow up

[8/4/20, 8:18:14 PM] ▮▮▮▮▮▮▮ But i want the digitex

[8/4/20, 8:20:13 PM] ▮▮▮▮▮▮▮ Iâ€™m gonna wire the rest of the money to you tomororw for the rest of my bxr

[8/5/20, 5:48:30 AM] Adam Todd: Apparently I canâ€™t withdraw from my kucoin account because Iâ€™m supposed to maintain minimum balance of $100k of btc/eth in there for market making

[8/5/20, 5:53:42 AM] Adam Todd: I can put you in touch with my OTC guy if you want to send him fiat in return for btc to buy the dgtx yourself from kucoin. Or you can send me the fiat to buy DGTX from me directly and then Iâ€™ll send it to him and buy the dgtx from kucoin to replace what I gave you

▮▮▮▮▮▮▮-0000000002.0016

**EXHIBIT 4**

 Gmail

## Blockster Investor Update
1 message

**Adam Todd** <atodd@digitexfutures.com>                           Fri, Oct 16, 2020 at 8:49 AM
To: Adam Todd <atodd@digitexfutures.com>

Dear Investor,

Thanks very much for your continued support, please find attached the first of what will become a regular investor update. Any questions let me know, cheers, Adam

**Adam Todd**

CEO & Founder | Digitex Futures

t: 305-496-6473

e: atodd@digitexfutures.com

Digitexfutures.com



📄 **Investor-Letter-Oct2020 (1).pdf**
   1981K



Blockster Holdings

# Blockster Investor Update

Firstly, we hope that this update finds you all safe and well. This current pandemic certainly has had a much larger global impact on the economy and all our lives, than perhaps any of us initially expected, and we hope that you and your families are all safe and well.

As you'd expect we have been fully focused and crazy busy in building out Digitex City ready for an initial launch of Digitex City in December 2020, where people will come to Trade, Play & Connect, as well launching the highly anticipated Digitex (Mainnet) Futures Exchange, which will sit within Digitex City.

For a reminder of our mission, progress to date, and what's on the horizon within Digitex City, simply **click here** to be directed to the Digitex City Whitepaper.

Back in Q1 2020, when we first met and engaged with many of you with the Blockster investment opportunity and concept of building Digitex City, the plan was to do a large (public) capital raising event in December 2020, a Security Token Offering (STO).

At that point the COVID-19 pandemic hadn't really even started to show what effects it would have on the world, and I doubt any of us would have thought that fast forward to October 2020, the world would still be wrestling with this, or the global economy in the state that it is currently in, and still no real line of sight as to when this might be in the rear view mirror.

As a public capital raising event, such as an STO, timing is everything. The difference between getting the timing right (like we did with the Digitex ICO in January 2018), versus wrong is daylight, and whilst you cannot predict the exact optimal date, you can use commonsense and data.

This is why we strongly believe that pursuing a public raise now isn't in the best interest of our investors or the business. Raising during times of uncertainty and economic woe just isn't good planning. The public are worried for their health and job security and therefore less likely to invest in this expanding business (as attractive as it is) than they are when a greater amount of economic certainty is present. We have therefore decided to postpone the public raise until at least Q1 2021, when we will reassess the market conditions.

Our strategy for capital raising at this stage will therefore continue to be focused on individuals and investment groups, as they have been throughout 2020 YTD, as we believe this is in the best interest of all parties. This has served us well, and we have plenty of opportunities live and on-going. As investors you have all been amazing in sharing the opportunity within your own circles, which is great to see and as ever we thank you for this and of course would be delighted to meet others that may wish to join us all on this exciting journey.

1

-0000000003.0029



Blockster Holdings

### *10 Weeks Since Digitex Mainnet Launch*

It's hard to believe it's been only ten weeks since Digitex first opened up zero-fee Bitcoin futures to the public. Since July 31, we've had thousands of users join us, trading billions of dollars in daily volume. Blockster Holdings, the company in which you've invested and which owns and operates the Digitex platform, has an extremely promising outlook for the coming months.

In this investor newsletter, we'll take a look at Digitex's performance over the ten weeks since the public launch. We'll also look closely at our plans to expand the Digitex platform into Digitex City, driving user numbers, demand for DGTX, and providing exponential returns for investors.

To kick things off, here's a quick snapshot of some key stats that demonstrate the success of our first few months:

| August - September | |
| --- | --- |
| Total Deposits | $2, 412, 220.00 |
| Total Active Users | 13,920 |
| Average Balance | $730 |
| Current 24-hout BTCUSD Trading Volume | $300m |

At the end of July, Digitex launched an exchange with a brand-new zero-fee business model based on the DGTX token utility. It's fair to say that even we held our breath during the first few days post-launch. However, we're delighted to confirm that we've been able to execute on Adam's visionary idea from concept to a fully operational trading platform open to the public.

Of course, like any brand-new product, we've had a few small technical glitches here and there. However, we haven't experienced any significant service interruptions. Each of the small bugs and issues that have emerged, we've been able to resolve quickly and without any adverse impact on the overall user experience.

### *Introducing DUSD - the Digitex Stablecoin*

As happy as we are with how well things have gone since launch, we didn't ever expect that launching a cutting-edge, zero-fee trading platform with a unique business model was going to be entirely problem-free.

One unanticipated issue that arose was the high volatility in the DGTX token price, which is proving to be a concern for traders. Many holders of DGTX aren't active traders but price speculators. As the price increased in hot anticipation of the Digitex public launch, profit-takers decided to sell their tokens, which had a sharp adverse impact on DGTX price. As such, traders on Digitex suffered losses in the value of their exchange balances, even if they were on the winning side of trades.

2



Blockster Holdings

This unfortunate situation deterred many of the users we had initially onboarded. But we haven't come this far to be defeated at the first hurdle. Necessity is the mother of invention, so we went back to the drawing board to develop a solution that will benefit both traders and DGTX price speculators.

And so, the idea of DUSD was born. The Digitex stablecoin will become the new native currency of the Digitex platform. To preserve and enhance the utility and value of DGTX, each DUSD will be pegged at one US dollar and minted by providing DGTX as collateral with a 5:1 ratio.

The development of DUSD is already well underway and will launch in December. The community response when we announced the news in mid-August has been enthusiastic. Many traders who have been holding back from DGTX volatility have said they would return once they have a stable means of trading.

This is excellent news. It demonstrates an established demand for DUSD, and the collateral required to generate it will introduce a significant constraint to the circulating supply of DGTX. We believe the DUSD solution demonstrates the ability of Digitex to leverage setbacks in our journey as a means of innovating and driving further growth.

### Removing Barriers to Onboarding New Users

The ten weeks that we've been open to the public and actively promoting the exchange has allowed us to analyze the user journey from landing on our website to becoming a live trader. The good news is that we have a healthy number of new users signing up daily, indicating high interest in Digitex's core offering. However, the percentage of users converting from signup to depositing DGTX to trade is currently around 5%, and we believe there is plenty of scope to get this conversion rate up.

The core issue in converting new users is friction, which is endemic in the cryptocurrency industry. Currently, there are simply too many steps between signup and trading, necessitating that a user acquires crypto on an external exchange before they can buy DGTX.  We believe that a credit card processing system will easily solve this issue. It will enable new users to purchase DUSD within the Digitex interface using their credit card and begin trading without leaving the exchange.

### A Two-Pronged Approach

Currently, the Digitex team comprises around 100 people, covering development, design, marketing, operations, and support. The team is split between our two core roadmap objectives - to grow the established user base and features of the Digitex exchange and to build and launch Digitex City.

Both goals have the same mission in mind - to drive demand for the DGTX token.

3

-0000000003.0031



Blockster Holdings

**The Digitex Exchange Roadmap**

Firstly, there is the day-to-day work involved in keeping up a drumbeat around the existing Digitex exchange offering. This involves monitoring the exchange and website usage, coordinating promotional events, and creating daily content on the Digitex blog, social channels, and external media to keep users engaged.

Since the public launch, we have released several notable updates to the exchange. Having started with a $5 BTCUSD market, we have since released a $1 BTCUSD market, which is proving highly popular. We've also launched trading with ETHUSD and XRPUSD contracts, and we have contracts tracking Amazon stock and gold prices on the testnet. We are also currently researching forex markets and will release a select few foreign currency pairs on the testnet before the end of this year.

Currently, our BTCUSD perpetual swap contracts are trading with a daily volume of around $650 million, putting Digitex in the fifth position as the busiest Bitcoin futures exchange in the world.

**The Digitex City Roadmap**

Simultaneously, we're also making significant headway in developing and promoting Digitex City. Alongside futures markets, the Digitex City exchange offering will include spot and forex markets - all tradeable with our signature theme of zero fees and no house edge.

Digitex City will also launch with brand-new features from the outset, including an integrated social platform and various gambling applications. Described as crypto's playground, users will come to Digitex City to trade, play, and connect - with zero fees and no volatility risk thanks to our new DUSD stablecoin.

Even with our extensive efforts on developing the exchange and the broader Digitex City offering, we have one eye on events in the wider crypto space. The rabid consumer appetite for all things DeFi hasn't escaped our notice, even though we're building a centralized platform. The DGTX token remains a significant asset that drives the entire Digitex economy. Therefore, we're also planning to introduce initiatives, such as staking and liquidity mining, adopted from the DeFi economy to reward users for their actions in both DGTX and DUSD.

We anticipate that these initiatives will be highly popular among DGTX speculators who want to take a more passive approach to earn on their crypto portfolios without assuming the high risks of trading and gambling. As more people hear about the launch and the growing value of DGTX, we'll see a similar snowball effect to what we experienced during July when the DGTX price rose to $0.12.

However, this time the price will not crash but continue to grow. Users will be incentivized to hold DGTX to continue to collect their rewards. The demand for DUSD, requiring five times the value of DGTX to meet the current demand of our exchange, will take effect, pushing the DGTX price even higher.

4



Blockster Holdings

Our development team is making significant and rapid progress in building the features of Digitex City. At the same time, we're in the process of designing the new website and marketing material. The Digitex City website has a provisional launch date of November 15, with promotional activities for the full launch of Digitex City set to take place over the following month. Digitex City will open its doors on December 15.

### *Closing Thoughts*

So we conclude on a note of positive anticipation. During the last ten weeks of operating the exchange, we have established a promising and realistic set of solutions to improve the token economics and user experience. Development is well underway, and we are on track with the roadmap that will see the doors of Digitex City open before the end of this year. By this time, DGTX will start to deliver substantial returns to all of our investors.

Finally, we'd like to take another opportunity to thank you for your support for Blockster Holdings. Without your belief in our vision, we wouldn't have made such significant progress with our design and development.

Thanks to your investment, we've been agile enough to innovate workable solutions to forge a path forward. What's more, we have a robust plan and a dedicated team working hard to introduce version 2.0 of Digitex.

2021 will be a bright, prosperous year because of you. We're eager to deliver on our plans so that DGTX rewards you for your confidence in our shared vision. We'll be back with more dedicated investor news and updates over the coming weeks, so watch this space.

5

Confidential